UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRIS JARRELL, Individually and on
behalf of those similarly situated,

    Plaintiff,

v.                                          Case No. 6:22-cv-00990-CEM-EJK

HYUNDAI MOTOR AMERICA
CORPORATION,
HYUNDAI MOTOR COMPANY,
HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC, and KIA MOTORS
MEXICO, S.A. de C.V.,

    Defendants.
_____/

**JOINT MOTION TO SET SCHEDULE FOR PLAINTIFF'S FIRST
AMENDED COMPLAINT AND UNIFORM RESPONSE**

Plaintiff Kris Jarrell ("Plaintiff"), and Defendants Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC") and Hyundai Motor Manufacturing Alabama, LLC ("Hyundai Alabama"), jointly move the Court under Federal Rules of Civil Procedure 6(b)(1)(A) and 15(a)(2) to set (i) a deadline of August 19, 2022 for Plaintiff to file a First Amended Complaint ("FAC"), and (ii) a deadline of September 30, 2022 for HMA, HMC and Hyundai Alabama to respond to the FAC. In support of this Motion, Plaintiff, HMA, HMC and Hyundai Alabama state as follows:

1. This is a putative class action involving claims about seat belt pretensioners in certain Hyundai vehicles. Plaintiff filed the initial Complaint in this action on June 3, 2022.

2. Pursuant to the Court's Order based on an Unopposed Motion, HMA and Hyundai Alabama's response to Plaintiff's initial Complaint is currently due on August 30, 2022. (D.E. 13, 14).

3. Plaintiff, HMA, HMC and Hyundai Alabama filed a Uniform Case Management Report with the Court on August 5, 2022 ("CMR"). (D.E. 17). As stated in the CMR, Plaintiff intends to amend her initial Complaint to add additional plaintiffs and claims. *See id.* Plaintiff will file the FAC by August 19, 2022.

4. As also stated in the CMR, HMC, a foreign company organized under the laws of South Korea, has reached an agreement with Plaintiff to waive service of process under Fed. R. Civ. P. 4(d) in exchange for Plaintiff's agreement that HMA, HMC and Hyundai Alabama will have a single deadline to respond to the FAC on or before September 30, 2022 (the "Joint Response Deadline"). *See id.*[1]

5. In addition to HMA, HMC and Hyundai Alabama, Plaintiff's initial

---

[1] HMC's waiver of service allows it 90 days to respond. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). HMA and Hyundai Alabama's current August 30, 2022 deadline to respond to the initial Complaint is based on a similar waiver of service that provided 60 days under the same Rule. (D.E. 13). Thus, the parties have selected the September 30, 2022 Joint Response Deadline because it is consistent with their past discussions and Rule 12(a)(1)(A)(ii).

Complaint names one other Defendant: Kia Motors Mexico, S.A. de C.V. ("KMX"). KMX is a foreign company organized under the laws of Mexico. KMX has not been served with a summons or the Complaint at this time. Plaintiff is considering whether to dismiss KMX from the action, without prejudice.

6. Under Federal Rule of Civil Procedure 15(a)(2), if more than 21 days have passed since service of a pleading, a party may amend its pleading "with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

7. Federal Rule of Civil Procedure 6(b)(1)(A) affords the Court discretion to extend time for "good cause." Discretionary extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice." *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citation omitted).

8. There is good cause to grant this Motion because it will promote efficiency and organization of this action, and it is based on a cooperative agreement of the parties to streamline service of process and avoid piecemeal responses to the Complaint.[2] The Motion also will allow HMA, HMC and Hyundai Alabama appropriate time to evaluate and respond to a new pleading that they anticipate may

---

[2] Absent a waiver of service, to serve HMC, Plaintiff would need to proceed under the Hague Convention, a process that can take up to 6 months. *See* Hague Law Blog, https://www.haguelawblog.com/2017/02/serve-process-korea/ (discussing service of process in the Republic of Korea and estimating 3-6 months).

3

include several new plaintiffs and claims. This Motion is made in good faith and is not intended to hamper or delay the prosecution of this case. No parties will be prejudiced by the relief requested; indeed, Plaintiff, HMA, HMC and Hyundai Alabama submit this Motion jointly.

9. Thus, Plaintiff, HMA, HMC and Hyundai Alabama respectfully request that the Court enter an order setting (i) a deadline of August 19, 2022 for Plaintiff to file the FAC, and (ii) a Joint Response Deadline to the FAC for HMA, HMC and Hyundai Alabama, up to and including September 30, 2022.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), each undersigned counsel certifies that he conferred in good faith with the other regarding the relief requested in the Motion, and that each undersigned counsel agreed to submit the Motion jointly.

Respectfully Submitted,

| | |
|---|---|
| /s *Colin Baker* | /s *Jeffrey L. Haberman* |
| I. William Spivey, II | Jeffrey L. Haberman |
| Florida Bar No. 701076 | Florida Bar No. 98522 |
| Email: spiveyw@gtlaw.com | JHaberman@schlesingerlaw.com |
| Colin Baker | **SCHLESINGER LAW OFFICES, PA** |
| Florida Bar No. 66352 | 1212 SE 3rd Avenue |
| bakerco@gtlaw.com | Fort Lauderdale, FL 33316 |
| **GREENBERG TRAURIG, P.A.** | Telephone: (954) 467-8800 |
| 450 South Orange Ave., Ste. 650 | Facsimile: (954) 320-9509 |
| Orlando, Florida 32801 | *Attorneys for Plaintiff* |
| Telephone: (407) 420-1000 | August 17, 2022 |
| Facsimile: (407) 420-5909 | |
| *Attorneys for Defendants* | |
| *Hyundai Motor America, Hyundai* | |
| *Motor Company and Hyundai Motor* | |
| *Manufacturing Alabama, LLC* | |
| August 17, 2022 | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2022, I electronically filed the foregoing **JOINT MOTION TO SET SCHEDULE FOR PLAINTIFF'S FIRST AMENDED COMPLAINT AND UNIFORM RESPONSE** through the Court's CM/ECF system, which will send an electronic copy to the following:

Jeffrey L. Haberman
**SCHLESINGER LAW OFFICES, PA**
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
*Counsel for Plaintiff*

                                                s/ *Colin Baker*
                                                Colin Baker